No. 74–1263. Brewer, Warden v. Williams. C. A. 8th Cir.. [Certiorari granted, 423 U. S. 1031.] Motion of petitioner for additional time for oral argument denied, but alternative request for divided argument granted.

No. 74–6257. Gregg v. Georgia. Sup. Ct. Ga. [Certiorari granted, 423 U. S. 1082.] Motion of petitioner for appointment of counsel granted, and it is ordered that G. Hughel Harrison, Esquire, of Lawrenceville, Ga., is appointed to serve as counsel for petitioner in this case.

No. 75–62. Runyon et ux., dba Bobbe's School v. McCrary et al.;

No. 75–66. Fairfax-Brewster School, Inc. v. Gonzales et al.;

No. 75–278. Southern Independent School Assn. v. McCrary et al.; and

No. 75–306. McCrary et al. v. Runyon et ux., dba Bobbe's School, et al. C. A. 4th Cir. [Certiorari granted, 423 U. S. 945.] Motion of Dade Christian Schools, Inc., for leave to present oral argument as *amicus curiae* denied.

No. 75–6058. Williams v. Phillips et al., U. S. Circuit Judges. Motion for leave to file petition for writ of mandamus denied.

No. 75–946. City of Madison Joint School District No. 8 et al. v. Wisconsin Employment Relations Commission et al. Appeal from Sup. Ct. Wis. Probable jurisdiction noted.

No. 75–503. Cook et al. v. Hudson et al. C. A. 5th Cir. Certiorari granted.